# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| **Debtor:** | TAMMY L. PATTEN |
| **Case Number:** | 17-23776-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MARCH 29, 2018 10:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
4/2/18 3:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#12 - Final Confirmation of Plan Dated 10/14/2017 (NFC)
R / M #: 12 / 0

**Appearances:**

Debtor: Rosenblum
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. ✓ Plan/Motion continued to 6/14/18 at 9:30 AM.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Issue regarding retention of Doublewide if no rent.*

*Need avoidance action on Doublewide —*

3/23/2018  1:05:49PM