## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| **Debtor:** | TAMMY L. PATTEN |
| **Case Number:** | 17-23776-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JUNE 14, 2018 09:30 AM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
6/20/18 8:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#12 - Continued Confirmation of Plan Dated 10/14/2017 (NFC)
R / M #:  12 / 0

### *Appearances:*

*Rosenblum*

Debtor:
Trustee: Winnecour / (Pail) / Katz / DeSimone
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to __10/18/18__ at __10:30__.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/7/2018    2:58:02PM