```
                                                              FILED
                                                              4/15/20 1:42 pm
                                                              CLERK
                                                              U.S. BANKRUPTCY
                                                              COURT - WDPA
```

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | |
| TAMMY L. PATTEN, ) | |
| ) | Bankruptcy No.: 17-23776-JAD |
| Debtor(s). ) | |
| ) | |
| ) | Chapter 13 |
| TAMMY L. PATTEN, ) | |
| SSN# XXX-XX-7252 ) | |
| Movant, ) | |
| ) | |
| v. ) | Document No. 46 |
| ) | |
| CACI INTERNATIONAL, INC., ) | |
| ) | |
| Respondent. ) | |
| ) | |
| RONDA J. WINNECOUR, Trustee. ) | |

### ORDER TERMINATING WAGE ATTACHMENT

Upon the Motion of the Debtor, Tammy L. Patten, to terminate the Wage Attachment Order in this case, for good cause shown, the Wage Attachment Order is hereby terminated.

It is further ORDERED that all income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues, be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

It is further ORDERED that this order supersedes previous orders made to the above-named entity in this case.

It is further ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

DATED this 15th day of April, 2020.

_____
Judge Jeffery A. Deller    mas
United States Bankruptcy Court

cc: Debtor(s)
    Attorney for Debtor(s)
    Office of the Standing Chapter 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-23776-JAD
Tammy L. Patten                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: msch            Page 1 of 1              Date Rcvd: Apr 15, 2020
                            Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2020.
db            +Tammy L. Patten,   101 Beulah Road,   Butler, PA 16001-9528

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              +Fax: 703-841-2850 Apr 16 2020 04:11:22     CACI International, Inc.,
               Attn: Manager - Payroll Dept.,   1100 Glebe Road,   Arlington, VA 22201-4797
                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2020 at the address(es) listed below:
              Dai Rosenblum    on behalf of Debtor Tammy L. Patten Jody@dairosenblumbankruptcy.com,
               Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Dai Rosenblum    on behalf of Plaintiff Tammy L. Patten Jody@dairosenblumbankruptcy.com,
               Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              James Warmbrodt    on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                TOTAL: 5