FILED
9/18/20 4:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Bankruptcy No. 17-23776-JAD |
| TAMMY L. PATTEN, | ) |
| | ) Chapter 13 |
| Debtor(s). | ) |
| | ) Related To Doc. No. 66 |
| | ) |
| TAMMY L. PATTEN, Debtor, | ) |
| | ) |
| Movant, | ) |
| | ) Motion No.WO-1 |
| v. | ) |
| | ) |
| ARMSTRONG, | ) |
| | ) |
| Respondent. | ) |
| | ) |
| SSN XXX-XX-7252 | ) |

### AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named Debtor(s) having filed a Chapter 13 petition and Debtor(s) having moved to attach wages to fund the Chapter 13 Plan:

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the debtor receives income:

**Armstrong**
**ATTN: Manager - Payroll Department**
1 Armstrong Place
Butler, PA 16001

shall deduct from said income the sum of **$512.31 per bi-weekly pay period, for a total monthly payment of $1,110.00**, beginning on the next pay day following receipt of this Order, and shall deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE, W.D.PA
P.O. BOX 84051
CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Form No. 12, that includes the debtor's full social security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and the local form, but the social security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.   **

DATED this 18th day of September, 2020.

Jeffery A. Deller
United States Bankruptcy Judge

**   IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

CASE ADMINISTRATOR SHALL SERVE:
    Tammy J. Patten
    Dai Rosenblum, Esquire
    Armstrong's
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Tammy L. Patten
       Debtor

Case No. 17-23776-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: msch           Page 1 of 1          Date Rcvd: Sep 18, 2020
                    Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2020.
db          +Tammy L. Patten,   101 Beulah Road,   Butler, PA 16001-9528
           +Armstrong,   Attn: Manager - Payroll Department,   1 Armstrong Place,   Butler, PA 16001-1988

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2020 at the address(es) listed below:
        Brian  Nicholas   on behalf of Creditor   NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING
         bnicholas@kmllawgroup.com
        Brian  Nicholas   on behalf of Creditor   Harley-Davidson Credit Corp bnicholas@kmllawgroup.com
        Dai  Rosenblum   on behalf of Debtor Tammy L. Patten Jody@dairosenblumbankruptcy.com,
         Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
        Dai  Rosenblum   on behalf of Plaintiff Tammy L. Patten Jody@dairosenblumbankruptcy.com,
         Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                    TOTAL: 6