**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| TAMMY L. PATTEN, | ) Case No: 17-23776-JAD |
| | ) |
| Debtor. | ) Chapter 13 |
| | ) |
| DAI ROSENBLUM, ESQ. | ) Related to Document No.: 72 |
| | ) |
| Applicant/Movant, | ) Hearing Date: 01/05/2022 |
| | ) |
| v. | ) Hearing Time: 11:00 AM |
| | ) |
| NO RESPONDENT. | ) Response Deadline: 12/20/2021 |

**CERTIFICATE OF NO OBJECTION REGARDING**
**APPLICATION FOR COMPENSATION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on December 3, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application for Compensation appears thereon. Pursuant to the Notice of Hearing, objections to the Application for Compensation were to be filed and served no later than December 20, 2021.

It is hereby respectfully requested that the Order attached to the Application for Compensation be entered by the Court.

December 21, 2021

/s/ Dai Rosenblum
Dai Rosenblum, for the Debtor
254 New Castle Road, Suite B
Butler, PA  16001-2529
(724) 283-2900 PA ID No. 31802
dai@dairosenblumbankruptcy.com