**DEFAULT O/E JAD**

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/29/21 2:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In re: | ) |
| TAMMY L. PATTEN, | ) Case No: 17-23776-JAD |
| Debtor. | ) Chapter 13 |
| DAI ROSENBLUM, ESQ. | ) Document No.: 72 |
| Applicant/Movant, | ) Hearing Date: 01/05/2022 |
| v. | ) Hearing Time: 11:00 AM |
| NO RESPONDENT. | ) Response Deadline: 12/20/2021 |

## ORDER OF COURT

**AND NOW** this __29th__ day of __December__, 20__21__, upon consideration of the foregoing Application, it is hereby **ORDERED** that the Application in its face amount of $1,034.75 for Additional Compensation for services rendered by DAI ROSENBLUM, ESQUIRE as Attorney for the Debtor(s) and $0.00 for Additional Costs are allowed, a total of $1,034.75, and the sum of $1,034.75 is to be paid to DAI ROSENBLUM, ESQUIRE as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and/or paid to DAI ROSENBLUM, ESQUIRE pursuant to prior confirmed Plan(s) at $250.00 per month. The total fees allowed in this Order are $5,034.75 for the period of September 20, 2017 through January 5, 2022. After consideration of the initial retainer paid ($1,000.00 and fees received from the trustee ($3,000.00), the residual balance is $1,034.75.

_____jsf
Jeffery A. Deller, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23776-JAD |
| Tammy L. Patten | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 2 |
| Date Rcvd: Dec 29, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tammy L. Patten, 101 Beulah Road, Butler, PA 16001-9528 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2021         Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Dai Rosenblum | |
| | on behalf of Debtor Tammy L. Patten Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Dai Rosenblum | |
| | on behalf of Plaintiff Tammy L. Patten Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2      User: lfin      Page 2 of 2
Date Rcvd: Dec 29, 2021      Form ID: pdf900      Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6