**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| TAMMY L. PATTEN, ) | Case No: 17-23776-JAD |
| ) | |
| Debtor. ) | Chapter 13 |
| ) | |
| DAI ROSENBLUM, ESQ. ) | Related to Document No.: 75 |
| ) | |
| Applicant/Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| NO RESPONDENT. ) | |

**CERTIFICATE OF SERVICE OF ORDER GRANTING APPLICATION FOR COMPENSATION**

      I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on January 19, 2022. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

***Service by First-Class Mail:***

Tammy L. Patten
101 Beulah Road
Butler, PA 16001

Acceptance Now
5501 Headquarters Drive
Plano, TX 75024

Advantage Chiropractic Centers
205 Sunset Drive
Butler, PA 16001-1301

Ally Financial, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Ally Financial
PO Box 130424
Roseville MN 55113-0004

Ally Financial
P.O. Box 380901
Minneapolis, MN 55438

ARM Solutions
P.O. Box 3666
Camarillo, CA 93011-3666

Armstrong County Tax Claim Bureau
450 E. Market Street
Kittanning, PA 16201

BHS Nalathambi Medical Assoc.
P.O. Box 1549
Butler, PA 16003-1549

Butler Ambulatory Surgery Center
P.O. Box 536655
Pittsburgh, PA 15253

Butler Imaging and Intervention Assoc.
7 Acee Drive
Natrona Heights, PA 15065-9700

Butler Memorial Hospital
P.O. Box 37171
Baltimore, MD 21297-3171

Butler Memorial Hospital
Attn: Billing
One Hospital Way
Butler, PA 16001

Butler Pathology Services
P.O. Box 1549
Butler, PA 16003-1549

Capital One Bank
P.O. Box 5155
Norcross, GA 30091

CBCS
PO Box 2724
Columbus, OH 43216-2724

CCC/First National Bank
500 E. 60th St. N
Sioux Falls, SD 57104

Centers for Rehab Services
PO Box 1123
Minneapolis, MN 55440-1123

Centers for Rehab Services
P.O. Box 536213
Pittsburgh, PA 15253-5904

Collection Service Center
P.O. Box 1623
Butler, PA 16003-1623

Collection Service Center Inc.
P.O. Box 560
New Kensington, PA 15068-0560

Credit Management Company
2121 Noblestown Road
Pittsburgh, PA 15242-0346

Ditech
PO Box 6172
Rapid City, SD 57709

Emerald
P.O. Box 845066
Los Angeles, CA 90084-5066

Family Foot Care
104 Technology Drive
Suite 103
Butler, PA 16001

Family Physical Therapy of Western
104 Technology Drive
Suite 101
Butler, PA 16001-1801

First Premier Bank
P.O. Box 5147
Sioux Falls, SD 57117-5147

First Premier Bank
3820 N. Louise Avenue
Sioux Falls, SD 57107

Harley-Davidson Credit Corp.
PO Box 9013
Addison, Texas 75001

Lawrence M. Kenney DMD
348 North McKean St.
Butler, PA 16001

Medcare Equipment Co. LLC
P.O. Box 5029
Greensburg, PA 15601-5029

MLS Law Offices, Ltd.
3450 S. Halsted Street
Sute 209
Chicago, IL 60608

Northwest Savings Bank
100 Liberty Street
Warren, PA 16365

One Main Financial
Bankruptcy Department
P.O. Box 140489
Irving, TX 75014-0489

ONEMAIN
P.O. BOX 3251
EVANSVILLE, IN 47731-3251

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Statewide Tax Recovery, Inc.
PO Box 752
Sunbury, PA 17801-0752

The Bank of New York Mellon Trust Company, N.A.
c/o Ditech Financial LLC
P.O. Box 6154
Rapid City, SD 57709-6154

| | |
|---|---|
| Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Why Not Lease It<br>1750 Elm Street<br>Suite 1200<br>Manchester, NH 03104 |

*Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):*

| | |
|---|---|
| **Ronda J. Winnecour**<br>Not served directly per Trustee's request, NEF only | **Brian Nicholas**<br>**NEWREZ LLC**<br>**Harley-Davidson Credit Corp**<br>bnicholas@kmllawgroup.com |
| **Office of the United States Trustee**<br>ustpregion03.pi.ecf@usdoj.gov | |

Executed on: January 19, 2022

\_\_/s/\_Dai\_Rosenblum,\_Esq.\_\_\_
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900     Pa. ID# 31802
dai@dairosenblumbankruptcy.com