**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/03/2022

IN RE:

TAMMY L. PATTEN
101 BEULAH ROAD
BUTLER, PA 16001
XXX-XX-7252 Debtor(s)

Case No.17-23776 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/3/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

**BRIAN C NICHOLAS ESQ** | Trustee Claim Number:1 INT %: 0.00% | CRED DESC: NOTICE ONLY
KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.:
701 MARKET ST STE 5000
CLAIM: 0.00
PHILADELPHIA, PA 19106 | COMMENT: HARLEY DAVIDSON/PRAE

**ALLY FINANCIAL(*)** | Trustee Claim Number:2 INT %: 7.90% | CRED DESC: VEHICLE
ATTN TRUSTEE PAYMENT CENTER | Court Claim Number:2 | ACCOUNT NO.: 4620
PO BOX 78367
CLAIM: 21,868.15
PHOENIX, AZ 85062-8367 | COMMENT: $@%/CL-PL*PL=K

**ARMSTRONG COUNTY TAX CLM BUR** | Trustee Claim Number:3 INT %: 9.00% | CRED DESC: SECURED CREDITOR
450 E MARKET ST | Court Claim Number: | ACCOUNT NO.: 7309
SUITE 40
CLAIM: 5,465.00
KITTANNING, PA 16201 | COMMENT: TS360067309*TTL$@9%/PL*14-17/SCH-PL

**BANK OF NEW YORK MELLON TRUST CO - TRU** | Trustee Claim Number:4 INT %: 8.25% | CRED DESC: MORTGAGE PAID IN FULL
C/O NEW REZ LLC DBA SHELLPOINT MTG SVCN | Court Claim Number:1 | ACCOUNT NO.: 2692
PO BOX 10826
CLAIM: 19,780.00
GREENVILLE, SC 29603-0826 | COMMENT: $@8.25%/PL-DOE@MDF/PL*CL=34421.12*NT A MRTG*DITECH/SCH-PL*BGN 10/17*V

**ACCEPTANCE NOW** | Trustee Claim Number:5 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
5501 HEADQUARTERS DR | Court Claim Number: | ACCOUNT NO.: 1670
CLAIM: 0.00
PLANO, TX 75024 | COMMENT:

**ADVANTAGE CHIROPRACTIC CENTERS** | Trustee Claim Number:6 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
205 SUNSET DR | Court Claim Number: | ACCOUNT NO.: 4135
CLAIM: 0.00
BUTLER, PA 16001-1301 | COMMENT:

**ARM SOLUTIONS** | Trustee Claim Number:7 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 2929 | Court Claim Number: | ACCOUNT NO.: 1979
CLAIM: 0.00
CAMARILLO, CA 93011 | COMMENT: NT ADR/SCH

**BHS NALLATHMBI MEDICAL ASSOC** | Trustee Claim Number:8 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
131 E CUNNINGHAM ST | Court Claim Number: | ACCOUNT NO.:
CLAIM: 0.00
BUTLER, PA 16001 | COMMENT: NT ADR/SCH

**BUTLER AMBULATORY SURGERY CTR** | Trustee Claim Number:9 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
POB 1236 | Court Claim Number: | ACCOUNT NO.: 7452
CLAIM: 0.00
BUTLER, PA 16003 | COMMENT: NT ADR/SCH

**BUTLER IMAGING & INTERVENTION** | Trustee Claim Number:10 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
7 ACEE DR | Court Claim Number: | ACCOUNT NO.: 8814
CLAIM: 0.00
NATRONA HEIGHTS, PA 15065-9700 | COMMENT:

CLAIM RECORDS

| Creditor | Claim | Details |
|---|---|---|
| **BUTLER MEMORIAL HOSPITAL**<br>ONE HOSPITAL WAY<br>BUTLER, PA 16001 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0306 |
| **BUTLER MEMORIAL HOSPITAL**<br>ONE HOSPITAL WAY<br>BUTLER, PA 16001 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 3791~7250~9826~9094/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3791 |
| **BUTLER MEMORIAL HOSPITAL**<br>ONE HOSPITAL WAY<br>BUTLER, PA 16001 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8544 |
| **BUTLER MEMORIAL HOSPITAL**<br>ONE HOSPITAL WAY<br>BUTLER, PA 16001 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9051 |
| **BUTLER PATHOLOGY SVCS**<br>POB 1549<br>BUTLER, PA 16003 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9094 |
| **CAPITAL ONE****<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7176 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 285.81<br>COMMENT: CAPITAL ONE BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5129 |
| **CBCS**<br>PO BOX 2724<br>COLUMBUS, OH 43216-2724 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5557 |
| **CBCS**<br>PO BOX 2724<br>COLUMBUS, OH 43216-2724 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9658 |
| **FNCC**<br>500 E 60TH ST<br>SIOUX FALLS, SD 57104 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3006 |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CENTERS FOR REHAB SERVICES** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:8 | ACCOUNT NO.: 7252 |
| PO BOX 1123 | | |
| | CLAIM: 182.80 | |
| MINNEAPOLIS, MN 55440 | COMMENT: 5244/SCH | |

| | | |
|---|---|---|
| **COLLECTION SERVICE CENTER INC** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 832 5TH AVE - CORPORATE OFFICE | Court Claim Number: | ACCOUNT NO.: 3ALL |
| PO BOX 560 | | |
| | CLAIM: 0.00 | |
| NEW KENSINGTON, PA 15068 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **COLLECTION SERVICE CENTER INC** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 832 5TH AVE - CORPORATE OFFICE | Court Claim Number: | ACCOUNT NO.: 9314 |
| PO BOX 560 | | |
| | CLAIM: 0.00 | |
| NEW KENSINGTON, PA 15068 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **COLLECTION SERVICE CENTER INC** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 832 5TH AVE - CORPORATE OFFICE | Court Claim Number: | ACCOUNT NO.: 6M3J |
| PO BOX 560 | | |
| | CLAIM: 0.00 | |
| NEW KENSINGTON, PA 15068 | COMMENT: BUTLER FLORIST/SCH | |

| | | |
|---|---|---|
| **COLLECTION SERVICE CENTER INC** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 832 5TH AVE - CORPORATE OFFICE | Court Claim Number: | ACCOUNT NO.: 6M3K |
| PO BOX 560 | | |
| | CLAIM: 0.00 | |
| NEW KENSINGTON, PA 15068 | COMMENT: BUTLER FLORIST/SCH | |

| | | |
|---|---|---|
| **COLLECTION SERVICE CENTER INC** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 832 5TH AVE - CORPORATE OFFICE | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 560 | | |
| | CLAIM: 0.00 | |
| NEW KENSINGTON, PA 15068 | COMMENT: | |

| | | |
|---|---|---|
| **CREDIT MANAGEMENT CO** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 2121 NOBLESTOWN RD | Court Claim Number: | ACCOUNT NO.: 5076 |
| | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15205-3956 | COMMENT: BUTLER ANESTHESIA/SCH | |

| | | |
|---|---|---|
| **EMERALD AR SYSTEMS** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 3636 N CENTRAL AVE STE 650 | Court Claim Number: | ACCOUNT NO.: 2961 |
| | | |
| | CLAIM: 0.00 | |
| PHOENIX, AZ 85012-1968 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **FAMILY FOOT CARE ASSOCIATES** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 104 TECHNOLOGY DR STE 103 | Court Claim Number: | ACCOUNT NO.: 3442 |
| | | |
| | CLAIM: 0.00 | |
| BUTLER, PA 16001-1801 | COMMENT: | |

| | | |
|---|---|---|
| **FAMILY PHYSICAL THERAPY OF WESTERN** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 104 TECHNOLOGY DR STE 101 | Court Claim Number: | ACCOUNT NO.: 6740 |
| | | |
| | CLAIM: 0.00 | |
| BUTLER, PA 16001-1801 | COMMENT: | |

CLAIM RECORDS

| | | |
|---|---|---|
| **FIRST PREMIER BANK** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 5114 | Court Claim Number: | ACCOUNT NO.: 1601 |
| | CLAIM: 0.00 | |
| SIOUX FALLS, SD 57117 | COMMENT: NT ADR/SCH | |
| **LAWRENCE KENNEY DMD** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 348 NORTH MCKEAN ST | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| BUTLER, PA 16001 | COMMENT: | |
| **MEDCARE EQUIPMENT COMPANY** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 5029 | Court Claim Number: | ACCOUNT NO.: 4790 |
| | CLAIM: 0.00 | |
| GREENSBURG, PA 15601 | COMMENT: | |
| **MLS LAW OFFICES** | Trustee Claim Number:34 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 3450 S HALSTED ST STE 209 | Court Claim Number: | ACCOUNT NO.: 0472 |
| | CLAIM: 0.00 | |
| CHICAGO, IL 60608 | COMMENT: | |
| **NORTHWEST BANK ASSGNEE NORTHWEST CD** | Trustee Claim Number:35 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 337 | Court Claim Number:4 | ACCOUNT NO.: 3005 |
| | CLAIM: 4,021.71 | |
| WARREN, PA 16365 | COMMENT: NO POD- EMAIL DONE | |
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:36 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:5 | ACCOUNT NO.: 7180 |
| | CLAIM: 9,239.05 | |
| NORFOLK, VA 23541 | COMMENT: FR ONEMAIN-DOC 28 | |
| **STATEWIDE TAX RECOVERY** | Trustee Claim Number:37 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 752 | Court Claim Number: | ACCOUNT NO.: 6454 |
| | CLAIM: 0.00 | |
| SUNBURY, PA 17801 | COMMENT: | |
| **STATEWIDE TAX RECOVERY** | Trustee Claim Number:38 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 752 | Court Claim Number: | ACCOUNT NO.: 0141 |
| | CLAIM: 0.00 | |
| SUNBURY, PA 17801 | COMMENT: | |
| **STATEWIDE TAX RECOVERY** | Trustee Claim Number:39 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 752 | Court Claim Number: | ACCOUNT NO.: 0114 |
| | CLAIM: 0.00 | |
| SUNBURY, PA 17801 | COMMENT: | |
| **WHY NOT LEASE LLC DBA WHYNOTLEASEIT++** | Trustee Claim Number:40 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1750 ELM ST | Court Claim Number: | ACCOUNT NO.: 4J43 |
| STE 1200 | | |
| | CLAIM: 0.00 | |
| MANCHESTER, NH 03104 | COMMENT: | |

**CLAIM RECORDS**

**BANK OF NEW YORK MELLON TRUST CO - TRU** Trustee Claim Number:41 INT %: 0.00% CRED DESC: MORTGAGE ARR.
C/O NEW REZ LLC DBA SHELLPOINT MTG SVCN Court Claim Number:1 ACCOUNT NO.: 2692
PO BOX 10826
CLAIM: 0.00
GREENVILLE, SC 29603-0826 COMMENT: DITECH/SCH*THRU 9/17*FR BNY MELLON/DITECH-D41*PIF@CID4

**HARLEY DAVIDSON CREDIT CORP*** Trustee Claim Number:42 INT %: 0.00% CRED DESC: VEHICLE
BOX 15129 Court Claim Number:3 ACCOUNT NO.: 7573
CLAIM: 0.00
PALATINE, IL 60055-5129 COMMENT: NT/SCH-PL*SURR/CONF OE*15478.87/CL

**VERIZON BY AMERICAN INFOSOURCE LP - AGE** Trustee Claim Number:43 INT %: 0.00% CRED DESC: UNSECURED CREDITOR
PO BOX 248838 Court Claim Number:6 ACCOUNT NO.: 0001
CLAIM: 465.70
OKLAHOMA CITY, OK 73124-8838 COMMENT: NT/SCH*LAST TRANSACTION 10/9/2017

**BANK OF NEW YORK MELLON TRUST CO - TRU** Trustee Claim Number:44 INT %: 0.00% CRED DESC: UNSECURED CREDITOR
C/O NEW REZ LLC DBA SHELLPOINT MTG SVCN Court Claim Number:1 ACCOUNT NO.: 2692
PO BOX 10826
CLAIM: 14,641.12
GREENVILLE, SC 29603-0826 COMMENT: $UNSEC/DOE*FR BNY MELLON/DITECH-DOC 41*W/4

**AIS PORTFOLIO SERVICES (AMERICAN INFO SC** Trustee Claim Number:45 INT %: 0.00% CRED DESC: NOTICE ONLY
ATTN BANKRUPTCY NOTICING Court Claim Number: ACCOUNT NO.:
4515 N SANTA FE AVE DEPT APS
CLAIM: 0.00
OKLAHOMA CITY, OK 73118 COMMENT: ALLY FNCL/PRAE