UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  TAMMY L. PATTEN

            Debtor(s)
Ronda J. Winnecour, Trustee
  Movant
       vs.
  TAMMY L. PATTEN


           Respondents

Case No. 17-23776JAD

Chapter 13

Document No. 80

FILED
10/3/22 10:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this __3rd__ day of __October__, 2022, it is hereby ORDERED, ADJUDGED, and DECREED that,

Armstrong Group Of Companies
Attn: Payroll Manager
1 Armstrong Place
Butler, PA 16001

is hereby ordered to immediately terminate the attachment of the wages of TAMMY L. PATTEN, social security number XXX-XX-7252. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of TAMMY L. PATTEN.

BY THE COURT:

_____ jsf
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23776-JAD |
| Tammy L. Patten | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 03, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2022:**

**Recip ID            Recipient Name and Address**
db                +  Tammy L. Patten, 101 Beulah Road, Butler, PA 16001-9528

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2022             Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2022 at the address(es) listed below:

**Name**                          **Email Address**

Brian Nicholas
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com

Dai Rosenblum
    on behalf of Debtor Tammy L. Patten dai@dairosenblumbankruptcy.com
    Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Dai Rosenblum
    on behalf of Plaintiff Tammy L. Patten dai@dairosenblumbankruptcy.com
    Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 03, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6