**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Tammy L. Patten**
**fka Tammy L. Wiles**
Debtor(s)

Bankruptcy Case No.: 17−23776−JAD

Chapter: 13
Docket No.: 87 − 86

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 26th of November, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 1/9/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/18/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/9/23.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23776-JAD |
| Tammy L. Patten | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 28, 2022 | Form ID: 408 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tammy L. Patten, 101 Beulah Road, Butler, PA 16001-9528 |
| 14711257 | | ARM Solutions, P.O. Box 3666, Camarillo, CA 93011-3666 |
| 14711255 | | Advantage Chiropractic Centers, 205 Sunset Drive, Butler, PA 16001-1301 |
| 14711259 | | BHS Nalathambi Medical Assoc., P.O. Box 1549, Butler, PA 16003-1549 |
| 14711260 | + | Butler Ambulatory Surgery Center, P.O. Box 536655, Pittsburgh, PA 15253-5908 |
| 14711261 | | Butler Imaging and Intervention Assoc., 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 14711262 | + | Butler Memorial Hospital, Attn: Billing, One Hospital Way, Butler, PA 16001-4697 |
| 14711263 | | Butler Memorial Hospital, P.O. Box 37171, Baltimore, MD 21297-3171 |
| 14711264 | | Butler Pathology Services, P.O. Box 1549, Butler, PA 16003-1549 |
| 14711266 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14711268 | + | CCC/First National Bank, 500 E. 60th St. N, Sioux Falls, SD 57104-0478 |
| 14711270 | ++ | COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623 address filed with court:, Collection Service Center, P.O. Box 1623, Butler, PA 16003-1623 |
| 14711269 | | Centers for Rehab Services, P.O. Box 536213, Pittsburgh, PA 15253-5904 |
| 14771511 | | Centers for Rehab Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14711271 | | Collection Service Center Inc., P.O. Box 560, New Kensington, PA 15068-0560 |
| 14711273 | | Ditech, PO Box 6172, Rapid City, SD 57709 |
| 14711274 | | Emerald, P.O. Box 845066, Los Angeles, CA 90084-5066 |
| 14711275 | + | Family Foot Care, 104 Technology Drive, Suite 103, Butler, PA 16001-1801 |
| 14711276 | | Family Physical Therapy of Western, 104 Technology Drive, Suite 101, Butler, PA 16001-1801 |
| 14711281 | + | MLS Law Offices, Ltd., 3450 S. Halsted Street, Sute 209, Chicago, IL 60608-6869 |
| 14711280 | + | Medcare Equipment Co. LLC, P.O. Box 5029, Greensburg, PA 15601-5058 |
| 14711282 | ++ | NORTHWEST SAVINGS BANK, P O BOX 337, WARREN PA 16365-0337 address filed with court:, Northwest Savings Bank, 100 Liberty Street, Warren, PA 16365 |
| 14711286 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, Why Not Lease It, 1750 Elm Street, Suite 1200, Manchester, NH 03104 |
| 14704558 | | The Bank of New York Mellon Trust Company, N.A., c/o Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 28 2022 23:47:04 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 28 2022 23:47:18 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14711254 | + | Email/Text: bankruptcy@rentacenter.com | Nov 28 2022 23:44:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14707064 | | Email/Text: ally@ebn.phinsolutions.com | Nov 28 2022 23:43:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |

Case 17-23776-JAD    Doc 88    Filed 11/30/22    Entered 12/01/22 00:25:18    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 28, 2022 | Form ID: 408 | Total Noticed: 42 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14711256 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 28 2022 23:43:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14696184 | + | Email/Text: rksnyder@co.armstrong.pa.us | Nov 28 2022 23:44:00 | Armstrong County Tax Claim Bureau, 450 E. Market Street, Kittanning, PA 16201-1409 |
| 14711265 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 28 2022 23:47:16 | Capital One Bank, P.O. Box 5155, Norcross, GA 30091 |
| 14711272 | + | Email/Text: bdsupport@creditmanagementcompany.com | Nov 28 2022 23:44:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14711277 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 28 2022 23:47:18 | First Premier Bank, P.O. Box 5147, Sioux Falls, SD 57117-5147 |
| 14711278 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 28 2022 23:46:43 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14712340 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Nov 28 2022 23:43:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15228189 | | Email/Text: mtgbk@shellpointmtg.com | Nov 28 2022 23:43:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14723939 | | Email/PDF: cbp@onemainfinancial.com | Nov 28 2022 23:46:32 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14711283 | | Email/PDF: cbp@onemainfinancial.com | Nov 28 2022 23:47:16 | One Main Financial, Bankruptcy Department, P.O. Box 140489, Irving, TX 75014-0489 |
| 14829575 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 28 2022 23:47:09 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14748036 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 28 2022 23:57:30 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14711284 | | Email/Text: nailda@centralcreditaudit.com | Nov 28 2022 23:44:00 | Statewide Tax Recovery, P.O. Box 752, Sunbury, PA 17801-0752 |
| 14745940 | | Email/PDF: ebn_ais@aisinfo.com | Nov 28 2022 23:57:28 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Harley-Davidson Credit Corp |
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| 14711258 | *+ | Armstrong County Tax Claim Bureau, 450 E. Market Street, Kittanning, PA 16201-1409 |
| 14711267 | * | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14711285 | * | Statewide Tax Recovery, Inc., PO Box 752, Sunbury, PA 17801-0752 |
| 14711279 | ##+ | Lawrence M. Kenney DMD, 348 North McKean St., Butler, PA 16001-4956 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

Case 17-23776-JAD    Doc 88    Filed 11/30/22    Entered 12/01/22 00:25:18    Desc Imaged
Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Nov 28, 2022 | Form ID: 408 | Total Noticed: 42 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2022                                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Dai Rosenblum | on behalf of Debtor Tammy L. Patten dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Dai Rosenblum | on behalf of Plaintiff Tammy L. Patten dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6