**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| TAMMY L. PATTEN | Case No.:17-23776 JAD |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 23, 2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/20/2017 and confirmed on 11/28/17 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 68,330.47 |
| Less Refunds to Debtor | 904.01 | |
| TOTAL AMOUNT OF PLAN FUND | | 67,426.46 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,034.75 | |
|   Trustee Fee | 2,988.11 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,022.86 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON TRUST CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2692 | | | | |
|   ARMSTRONG COUNTY TAX CLM BUR | 5,465.00 | 5,465.00 | 2,174.00 | 7,639.00 |
|     Acct: 7309 | | | | |
|   ALLY FINANCIAL(*) | 21,868.15 | 21,868.15 | 3,538.87 | 25,407.02 |
|     Acct: 4620 | | | | |
|   HARLEY DAVIDSON CREDIT CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7573 | | | | |
|   BANK OF NEW YORK MELLON TRUST CO | 19,780.00 | 19,780.00 | 4,836.03 | 24,616.03 |
|     Acct: 2692 | | | | |
| | | | | 57,662.05 |
| **Priority** | | | | |
|   DAI ROSENBLUM ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TAMMY L. PATTEN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TAMMY L. PATTEN | 512.31 | 512.31 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TAMMY L. PATTEN | 391.70 | 391.70 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAI ROSENBLUM ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAI ROSENBLUM ESQ | 1,034.75 | 1,034.75 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXX5/22 | | | | |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
|   ACCEPTANCE NOW | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1670 | | | | |
|   ADVANTAGE CHIROPRACTIC CENTERS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4135 | | | | |
|   ARM SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1979 | | | | |
|   BHS NALLATHMBI MEDICAL ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|    Acct: | | | | |
|   BUTLER AMBULATORY SURGERY CTR | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 7452 | | | | |
|   BUTLER IMAGING & INTERVENTION | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 8814 | | | | |
|   BUTLER MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0306 | | | | |
|   BUTLER MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 3791 | | | | |
|   BUTLER MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 8544 | | | | |
|   BUTLER MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 9051 | | | | |
|   BUTLER PATHOLOGY SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 9094 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 7176 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 285.81 | 27.19 | 0.00 | 27.19 |
|    Acct: 5129 | | | | |
|   CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 5557 | | | | |
|   CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 9658 | | | | |
|   FNCC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 3006 | | | | |
|   CENTERS FOR REHAB SERVICES | 182.80 | 17.39 | 0.00 | 17.39 |
|    Acct: 7252 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 3ALL | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 9314 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 6M3J | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 6M3K | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 5076 | | | | |
|   EMERALD AR SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 2961 | | | | |
|   FAMILY FOOT CARE ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 3442 | | | | |
|   FAMILY PHYSICAL THERAPY OF WESTER | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 6740 | | | | |
|   FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 1601 | | | | |
|   LAWRENCE KENNEY DMD | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   MEDCARE EQUIPMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 4790 | | | | |
|   MLS LAW OFFICES | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0472 | | | | |
|   NORTHWEST BANK ASSGNEE NORTHWE | 4,007.49 | 381.19 | 0.00 | 381.19 |
|    Acct: 3005 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 9,239.05 | 878.82 | 0.00 | 878.82 |
|    Acct: 7180 | | | | |
|   STATEWIDE TAX RECOVERY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 6454 | | | | |
|   STATEWIDE TAX RECOVERY++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 0141 | | | | |
| | STATEWIDE TAX RECOVERY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0114 | | | | |
| | WHY NOT LEASE LLC DBA WHYNOTLEAS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4J43 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 465.70 | 44.30 | 0.00 | 44.30 |
| | Acct: 0001 | | | | |
| | BANK OF NEW YORK MELLON TRUST CO | 14,641.12 | 1,392.66 | 0.00 | 1,392.66 |
| | Acct: 2692 | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 2,741.55 |

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 60,403.60 |

TOTAL CLAIMED
PRIORITY              0.00
SECURED          47,113.15
UNSECURED        28,821.97

Date: 11/23/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    TAMMY L. PATTEN

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:17-23776 JAD

Chapter 13

Document No.:

**ORDER OF COURT**

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:   
Tammy L. Patten   
    Debtor

Case No. 17-23776-JAD   
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3   
Date Rcvd: Nov 28, 2022      Form ID: pdf900      Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tammy L. Patten, 101 Beulah Road, Butler, PA 16001-9528 |
| 14711257 | | ARM Solutions, P.O. Box 3666, Camarillo, CA 93011-3666 |
| 14711255 | | Advantage Chiropractic Centers, 205 Sunset Drive, Butler, PA 16001-1301 |
| 14711259 | | BHS Nalathambi Medical Assoc., P.O. Box 1549, Butler, PA 16003-1549 |
| 14711260 | + | Butler Ambulatory Surgery Center, P.O. Box 536655, Pittsburgh, PA 15253-5908 |
| 14711261 | | Butler Imaging and Intervention Assoc., 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 14711262 | + | Butler Memorial Hospital, Attn: Billing, One Hospital Way, Butler, PA 16001-4697 |
| 14711263 | | Butler Memorial Hospital, P.O. Box 37171, Baltimore, MD 21297-3171 |
| 14711264 | | Butler Pathology Services, P.O. Box 1549, Butler, PA 16003-1549 |
| 14711266 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14711268 | + | CCC/First National Bank, 500 E. 60th St. N, Sioux Falls, SD 57104-0478 |
| 14711270 | ++ | COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623 address filed with court:, Collection Service Center, P.O. Box 1623, Butler, PA 16003-1623 |
| 14711269 | | Centers for Rehab Services, P.O. Box 536213, Pittsburgh, PA 15253-5904 |
| 14771511 | | Centers for Rehab Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14711271 | | Collection Service Center Inc., P.O. Box 560, New Kensington, PA 15068-0560 |
| 14711273 | | Ditech, PO Box 6172, Rapid City, SD 57709 |
| 14711274 | | Emerald, P.O. Box 845066, Los Angeles, CA 90084-5066 |
| 14711275 | + | Family Foot Care, 104 Technology Drive, Suite 103, Butler, PA 16001-1801 |
| 14711276 | | Family Physical Therapy of Western, 104 Technology Drive, Suite 101, Butler, PA 16001-1801 |
| 14711281 | + | MLS Law Offices, Ltd., 3450 S. Halsted Street, Sute 209, Chicago, IL 60608-6869 |
| 14711280 | + | Medcare Equipment Co. LLC, P.O. Box 5029, Greensburg, PA 15601-5058 |
| 14711282 | ++ | NORTHWEST SAVINGS BANK, P O BOX 337, WARREN PA 16365-0337 address filed with court:, Northwest Savings Bank, 100 Liberty Street, Warren, PA 16365 |
| 14711286 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, Why Not Lease It, 1750 Elm Street, Suite 1200, Manchester, NH 03104 |
| 14704558 | | The Bank of New York Mellon Trust Company, N.A., c/o Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 28 2022 23:47:04 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 28 2022 23:57:28 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14711254 | + | Email/Text: bankruptcy@rentacenter.com | Nov 28 2022 23:44:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14707064 | | Email/Text: ally@ebn.phinsolutions.com | Nov 28 2022 23:43:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |

Case 17-23776-JAD   Doc 89   Filed 11/30/22   Entered 12/01/22 00:25:18   Desc Imaged
Certificate of Notice   Page 7 of 8

| District/off: 0315-2 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Nov 28, 2022 | Form ID: pdf900 | Total Noticed: 42 |

| Recip ID | | Notice Type | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 14711256 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 28 2022 23:43:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14696184 | + | Email/Text: rksnyder@co.armstrong.pa.us | Nov 28 2022 23:44:00 | Armstrong County Tax Claim Bureau, 450 E. Market Street, Kittanning, PA 16201-1409 |
| 14711265 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 28 2022 23:47:01 | Capital One Bank, P.O. Box 5155, Norcross, GA 30091 |
| 14711272 | + | Email/Text: bdsupport@creditmanagementcompany.com | Nov 28 2022 23:44:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14711277 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 28 2022 23:47:05 | First Premier Bank, P.O. Box 5147, Sioux Falls, SD 57117-5147 |
| 14711278 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 28 2022 23:47:18 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14712340 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Nov 28 2022 23:43:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15228189 | | Email/Text: mtgbk@shellpointmtg.com | Nov 28 2022 23:43:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14723939 | | Email/PDF: cbp@onemainfinancial.com | Nov 28 2022 23:46:43 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14711283 | | Email/PDF: cbp@onemainfinancial.com | Nov 28 2022 23:46:40 | One Main Financial, Bankruptcy Department, P.O. Box 140489, Irving, TX 75014-0489 |
| 14829575 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 28 2022 23:47:18 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14748036 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 28 2022 23:47:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14711284 | | Email/Text: nailda@centralcreditaudit.com | Nov 28 2022 23:44:00 | Statewide Tax Recovery, P.O. Box 752, Sunbury, PA 17801-0752 |
| 14745940 | | Email/PDF: ebn_ais@aisinfo.com | Nov 28 2022 23:47:09 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Harley-Davidson Credit Corp |
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| 14711258 | *+ | Armstrong County Tax Claim Bureau, 450 E. Market Street, Kittanning, PA 16201-1409 |
| 14711267 | * | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14711285 | * | Statewide Tax Recovery, Inc., PO Box 752, Sunbury, PA 17801-0752 |
| 14711279 | ##+ | Lawrence M. Kenney DMD, 348 North McKean St., Butler, PA 16001-4956 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 30, 2022                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Dai Rosenblum | on behalf of Debtor Tammy L. Patten dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Dai Rosenblum | on behalf of Plaintiff Tammy L. Patten dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6