| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Tammy L. Patten<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7252<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   17–23776–JAD | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Tammy L. Patten
fka Tammy L. Wiles

1/10/23

**By the court:** Jeffery A. Deller
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23776-JAD |
| Tammy L. Patten | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 10, 2023 | Form ID: 3180W | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tammy L. Patten, 101 Beulah Road, Butler, PA 16001-9528 |
| 14711257 | | ARM Solutions, P.O. Box 3666, Camarillo, CA 93011-3666 |
| 14711255 | | Advantage Chiropractic Centers, 205 Sunset Drive, Butler, PA 16001-1301 |
| 14711259 | | BHS Nalathambi Medical Assoc., P.O. Box 1549, Butler, PA 16003-1549 |
| 14711260 | + | Butler Ambulatory Surgery Center, P.O. Box 536655, Pittsburgh, PA 15253-5908 |
| 14711261 | | Butler Imaging and Intervention Assoc., 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 14711262 | + | Butler Memorial Hospital, Attn: Billing, One Hospital Way, Butler, PA 16001-4697 |
| 14711263 | | Butler Memorial Hospital, P.O. Box 37171, Baltimore, MD 21297-3171 |
| 14711264 | | Butler Pathology Services, P.O. Box 1549, Butler, PA 16003-1549 |
| 14711266 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14711268 | + | CCC/First National Bank, 500 E. 60th St. N, Sioux Falls, SD 57104-0478 |
| 14711270 | ++ | COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623 address filed with court:, Collection Service Center, P.O. Box 1623, Butler, PA 16003-1623 |
| 14711269 | | Centers for Rehab Services, P.O. Box 536213, Pittsburgh, PA 15253-5904 |
| 14771511 | | Centers for Rehab Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14711271 | | Collection Service Center Inc., P.O. Box 560, New Kensington, PA 15068-0560 |
| 14711273 | | Ditech, PO Box 6172, Rapid City, SD 57709 |
| 14711274 | | Emerald, P.O. Box 845066, Los Angeles, CA 90084-5066 |
| 14711275 | + | Family Foot Care, 104 Technology Drive, Suite 103, Butler, PA 16001-1801 |
| 14711276 | | Family Physical Therapy of Western, 104 Technology Drive, Suite 101, Butler, PA 16001-1801 |
| 14711279 | + | Lawrence M. Kenney DMD, 348 North McKean St., Butler, PA 16001-4956 |
| 14711281 | + | MLS Law Offices, Ltd., 3450 S. Halsted Street, Sute 209, Chicago, IL 60608-6869 |
| 14711280 | + | Medcare Equipment Co. LLC, P.O. Box 5029, Greensburg, PA 15601-5058 |
| 14711282 | ++ | NORTHWEST SAVINGS BANK, P O BOX 337, WARREN PA 16365-0337 address filed with court:, Northwest Savings Bank, 100 Liberty Street, Warren, PA 16365 |
| 14711286 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, Why Not Lease It, 1750 Elm Street, Suite 1200, Manchester, NH 03104 |
| 14704558 | | The Bank of New York Mellon Trust Company, N.A., c/o Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Jan 11 2023 04:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 11 2023 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Jan 11 2023 04:54:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 11 2023 00:05:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: |

Case 17-23776-JAD    Doc 92    Filed 01/12/23    Entered 01/13/23 00:32:45    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: 3180W | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Jan 11 2023 04:54:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Jan 11 2023 04:54:00 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14711254 | + | Email/Text: bankruptcy@rentacenter.com | Jan 11 2023 00:06:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-6191 |
| 14707064 | | EDI: GMACFS.COM | Jan 11 2023 04:54:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14711256 | + | EDI: GMACFS.COM | Jan 11 2023 04:54:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14696184 | + | Email/Text: rksnyder@co.armstrong.pa.us | Jan 11 2023 00:05:00 | Armstrong County Tax Claim Bureau, 450 E. Market Street, Kittanning, PA 16201-1409 |
| 14711265 | | EDI: CAPITALONE.COM | Jan 11 2023 04:54:00 | Capital One Bank, P.O. Box 5155, Norcross, GA 30091 |
| 14711272 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 11 2023 00:05:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14711277 | | EDI: AMINFOFP.COM | Jan 11 2023 04:54:00 | First Premier Bank, P.O. Box 5147, Sioux Falls, SD 57117-5147 |
| 14711278 | + | EDI: AMINFOFP.COM | Jan 11 2023 04:54:00 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14712340 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jan 11 2023 00:04:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15228189 | | Email/Text: mtgbk@shellpointmtg.com | Jan 11 2023 00:04:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14723939 | | EDI: AGFINANCE.COM | Jan 11 2023 04:54:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14711283 | | EDI: AGFINANCE.COM | Jan 11 2023 04:54:00 | One Main Financial, Bankruptcy Department, P.O. Box 140489, Irving, TX 75014-0489 |
| 14748036 | | EDI: PRA.COM | Jan 11 2023 04:54:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14829575 | | EDI: PRA.COM | Jan 11 2023 04:54:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14711284 | | Email/Text: nailda@centralcreditaudit.com | Jan 11 2023 00:06:00 | Statewide Tax Recovery, P.O. Box 752, Sunbury, PA 17801-0752 |
| 14745940 | | EDI: AIS.COM | Jan 11 2023 04:54:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Harley-Davidson Credit Corp |
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| 14711258 | *+ | Armstrong County Tax Claim Bureau, 450 E. Market Street, Kittanning, PA 16201-1409 |
| 14711267 | * | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14711285 | * | Statewide Tax Recovery, Inc., PO Box 752, Sunbury, PA 17801-0752 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

Case 17-23776-JAD    Doc 92    Filed 01/12/23    Entered 01/13/23 00:32:45    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: 3180W | Total Noticed: 45 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Dai Rosenblum | on behalf of Debtor Tammy L. Patten dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Dai Rosenblum | on behalf of Plaintiff Tammy L. Patten dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6