IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/10/23 1:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    TAMMY L. PATTEN

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:17-23776 JAD

Chapter 13

Related to ECF No. 86

**DEFAULT O/E JAD**

ORDER OF COURT

  AND NOW, this 10th day of January, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

JEFFERY A. DELLER   jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23776-JAD |
| Tammy L. Patten | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 10, 2023 | Form ID: pdf900 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tammy L. Patten, 101 Beulah Road, Butler, PA 16001-9528 |
| 14711257 | | ARM Solutions, P.O. Box 3666, Camarillo, CA 93011-3666 |
| 14711255 | | Advantage Chiropractic Centers, 205 Sunset Drive, Butler, PA 16001-1301 |
| 14711259 | | BHS Nalathambi Medical Assoc., P.O. Box 1549, Butler, PA 16003-1549 |
| 14711260 | + | Butler Ambulatory Surgery Center, P.O. Box 536655, Pittsburgh, PA 15253-5908 |
| 14711261 | | Butler Imaging and Intervention Assoc., 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 14711262 | + | Butler Memorial Hospital, Attn: Billing, One Hospital Way, Butler, PA 16001-4697 |
| 14711263 | | Butler Memorial Hospital, P.O. Box 37171, Baltimore, MD 21297-3171 |
| 14711264 | | Butler Pathology Services, P.O. Box 1549, Butler, PA 16003-1549 |
| 14711266 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14711268 | + | CCC/First National Bank, 500 E. 60th St. N, Sioux Falls, SD 57104-0478 |
| 14711270 | ++ | COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623 address filed with court:, Collection Service Center, P.O. Box 1623, Butler, PA 16003-1623 |
| 14711269 | | Centers for Rehab Services, P.O. Box 536213, Pittsburgh, PA 15253-5904 |
| 14771511 | | Centers for Rehab Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14711271 | | Collection Service Center Inc., P.O. Box 560, New Kensington, PA 15068-0560 |
| 14711273 | | Ditech, PO Box 6172, Rapid City, SD 57709 |
| 14711274 | | Emerald, P.O. Box 845066, Los Angeles, CA 90084-5066 |
| 14711275 | + | Family Foot Care, 104 Technology Drive, Suite 103, Butler, PA 16001-1801 |
| 14711276 | | Family Physical Therapy of Western, 104 Technology Drive, Suite 101, Butler, PA 16001-1801 |
| 14711279 | + | Lawrence M. Kenney DMD, 348 North McKean St., Butler, PA 16001-4956 |
| 14711281 | + | MLS Law Offices, Ltd., 3450 S. Halsted Street, Sute 209, Chicago, IL 60608-6869 |
| 14711280 | + | Medcare Equipment Co. LLC, P.O. Box 5029, Greensburg, PA 15601-5058 |
| 14711282 | ++ | NORTHWEST SAVINGS BANK, P O BOX 337, WARREN PA 16365-0337 address filed with court:, Northwest Savings Bank, 100 Liberty Street, Warren, PA 16365 |
| 14711286 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, Why Not Lease It, 1750 Elm Street, Suite 1200, Manchester, NH 03104 |
| 14704558 | | The Bank of New York Mellon Trust Company, N.A., c/o Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Jan 11 2023 00:09:19 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jan 11 2023 00:09:26 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14711254 | + | Email/Text: bankruptcy@rentacenter.com | | |
| | | | Jan 11 2023 00:06:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-6191 |
| 14707064 | | Email/Text: ally@ebn.phinsolutions.com | | |
| | | | Jan 11 2023 00:04:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14711256 | + | Email/Text: ally@ebn.phinsolutions.com | | |
| | | | Jan 11 2023 00:04:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |

Case 17-23776-JAD    Doc 93    Filed 01/12/23    Entered 01/13/23 00:32:45    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: pdf900 | Total Noticed: 43 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14696184 | + | Email/Text: rksnyder@co.armstrong.pa.us | Jan 11 2023 00:05:00 | Armstrong County Tax Claim Bureau, 450 E. Market Street, Kittanning, PA 16201-1409 |
| 14711265 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 11 2023 00:09:18 | Capital One Bank, P.O. Box 5155, Norcross, GA 30091 |
| 14711272 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 11 2023 00:05:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14711277 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 11 2023 00:10:06 | First Premier Bank, P.O. Box 5147, Sioux Falls, SD 57117-5147 |
| 14711278 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 11 2023 00:10:06 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14712340 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jan 11 2023 00:04:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15228189 | | Email/Text: mtgbk@shellpointmtg.com | Jan 11 2023 00:04:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14723939 | | Email/PDF: cbp@onemainfinancial.com | Jan 11 2023 00:10:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14711283 | | Email/PDF: cbp@onemainfinancial.com | Jan 11 2023 00:09:16 | One Main Financial, Bankruptcy Department, P.O. Box 140489, Irving, TX 75014-0489 |
| 14748036 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 11 2023 00:10:07 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14829575 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 11 2023 00:10:07 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14711284 | | Email/Text: nailda@centralcreditaudit.com | Jan 11 2023 00:06:00 | Statewide Tax Recovery, P.O. Box 752, Sunbury, PA 17801-0752 |
| 14745940 | | Email/PDF: ebn_ais@aisinfo.com | Jan 11 2023 00:09:26 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Harley-Davidson Credit Corp |
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| 14711258 | *+ | Armstrong County Tax Claim Bureau, 450 E. Market Street, Kittanning, PA 16201-1409 |
| 14711267 | * | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14711285 | * | Statewide Tax Recovery, Inc., PO Box 752, Sunbury, PA 17801-0752 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Brian Nicholas | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Dai Rosenblum | on behalf of Debtor Tammy L. Patten dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Dai Rosenblum | on behalf of Plaintiff Tammy L. Patten dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6